UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 03-38324 |
|---|---|
| MARY THELMA LYNCH | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3975298**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | MARY THELMA LYNCH<br>1452 GRAYSTONE DR<br>DAYTON, OH  45427 | 4.85 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/11/2009

Certificate of Service      03-38324

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARY THELMA LYNCH
1452 GRAYSTONE DR
DAYTON, OH  45427

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(16.1n)
FAIRBANKS CAPITAL COPR
% LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(18.1n)
JOEL K JENSEN
LERNER SAMPSON ROTHFUSS
120 E FOURTH ST  8TH FL
CINCINNATI, OH  45202

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      cs